**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1376**

---

MAURICE BRISCOE,

> Plaintiff - Appellant,

v.

PATHIK RAMI; SAFE ASSET GROUP LIMITED PARTNERSHIP,

> Defendants - Appellees,

and

MERRILL COHEN,

> Trustee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:25-cv-01184-PX)

---

Submitted:  May 28, 2026                                    Decided:  June 4, 2026

---

Before NIEMEYER, RICHARDSON, and BERNER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Maurice Briscoe, Appellant Pro Se.  Jessica Lynne Duvall, LEVIN GANN P.A., Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Briscoe appeals the district court's order dismissing his bankruptcy appeal. He also moves for a stay pending appeal. Limiting our review of the record to the issues raised in Briscoe's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we discern no abuse of discretion in the district court's dismissal of Briscoe's appeal, *see In re Serra Builders, Inc.*, 970 F.2d 1309, 1311 (4th Cir. 1992) (noting standard of review).

Accordingly, we affirm the district court's order. We deny as moot Briscoe's motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2